THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CORLIS VERNON, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>CLOSETS BY DESIGN, INC. and HOME ORGANIZERS INC.,<br><br>*Defendants*. | Case No. 2:23-cv-1180<br><br>**STIPULATED MOTION TO EXTEND TIME TO AMEND COMPLAINT AND RESPOND TO DEFENDANTS' MOTION TO DISMISS**<br><br>NOTE FOR MOTION CALENDAR: September 27, 2023 |

**STIPULATED MOTION**

Pursuant to LCR 7(d)(1) and LCR (10)(g), Plaintiff Corlis Vernon ("Plaintiff") and Defendants Closets by Design, Inc. and Home Organizers Inc. ("Defendants"), hereby submit this stipulated motion to extend the deadline for Plaintiff to respond to Defendants' Motion to Dismiss (Dkt. 8) or amend the Complaint as a matter of course.  In support of this motion, the parties state as follows:

1.    Plaintiff filed her Complaint in this Court on August 7, 2023.

2.    Defendants filed their Motion to Dismiss for Lack of Personal Jurisdiction on September 8, 2023.

3.    According to Federal Rule of Civil Procedure 15(a)(1)(B) and to LCR 7(d)(3), Plaintiff's current deadline to amend the Complaint as a matter of course is September 29, 2023, and Plaintiff's

Dovel & Luner, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
(310) 656-7066

deadline to respond to Defendants' Motion to Dismiss is October 2, 2023.

4.      The parties have stipulated and agreed to extend both of these deadlines by two weeks, to October 13, 2023, and October 16, 2023, respectively.

5.      Plaintiff requests the extension due to scheduling conflicts and pre-existing deadlines in counsel's other cases.  The requested extension is for good cause and is not meant to improperly delay this proceeding.

6.      This is Plaintiff's first request for an extension of time to respond.

7.      This change in response deadline will not alter the date of any event or any deadline already fixed by Court order, local rules, or the Federal Rules of Civil Procedure.

WHEREFORE, the parties hereby agree and move the Court to grant Plaintiff an extension of time to amend her Complaint as a matter of course to October 13, 2023, and an extension of time to file and serve her response to the Defendants' Motion to Dismiss to October 16, 2023.

Dated: September 27, 2023

Respectfully submitted,

By: *s/ Simon Franzini*
Simon C. Franzini (Cal. Bar No. 287631)*
simon@dovel.com
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Telephone: (310) 656-7066
Facsimile: (310) 656-7069

Wright A. Noel, WSBA No. 25264
Carson & Noel, PLLC
20 Sixth Ave. NE
Issaquah WA 98027Tel: 425-395-7786
Fax: 425-837-5396
Email: wright@carsonnoel.com

*Counsel for Plaintiff*

*Admitted Pro Hac Vice

By: *s/ Byron C. Starkey*
Zachary E. Davison, WSBA No. 47873

STIPULATED MOTION TO EXTEND TIME
Case No. 2:23-cv-01180-JNW

2

Dovel & Luner, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
(310) 656-7066

Byron C. Starkey, WSBA No. 55545
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000
ZDavison@perkinscoie.com
ByronStarkey@perkinscoie.com

**REEDER MCCREARY, LLP**
Christopher S. Reeder, *Pro Hac Vice* Forthcoming
Duncan McCreary, *Pro Hac Vice* Forthcoming
11766 Wilshire Blvd., Suite 1470
Los Angeles, CA 90025
Telephone: 310-861-2470
chris@reedermccreary.com
duncan@reedermccreary.com

## ORDER

As described by the above Stipulated Motion, IT IS SO ORDERED.

Plaintiff shall amend her Complaint as a matter of course no later than October 13, 2023, or file and serve her response to Defendants' Motion to Dismiss no later than October 16, 2023.

Dated on this 28th day of September, 2023.

Jamal N. Whitehead
United States District Judge

Presented by:
*s/ Simon Franzini*
Simon C. Franzini (Cal. Bar No. 287631)*
simon@dovel.com
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Telephone: (310) 656-7066
Facsimile: (310) 656-7069

Wright A. Noel, WSBA No. 25264
Carson & Noel, PLLC
20 Sixth Ave. NE
Issaquah WA 98027Tel: 425-395-7786
Fax: 425-837-5396
Email: wright@carsonnoel.com

*Counsel for Plaintiff*

*Admitted Pro Hac Vice*

STIPULATED MOTION TO EXTEND TIME
Case No. 2:23-cv-01180-JNW                    4

Dovel & Luner, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
(310) 656-7066