UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CORLIS VERNON, | CASE NO. 2:23-cv-1180 |
| Plaintiff, | MINUTE ORDER |
| v. | |
| CLOSETS BY DESIGN INC. and CBD FRANCHISING INC., | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable Jamal N. Whitehead, United States District Judge:

On August 7, 2023, Plaintiff Corlis Vernon filed a complaint against Defendants Closets by Design, Inc. and Home Organizers Inc. Dkt. No. 1. Closets by Design, Inc. and Home Organizers Inc. moved to dismiss Vernon's complaint on September 8, 2023. Dkt. No. 8. In lieu of responding, Vernon voluntarily dismissed his complaint without prejudice with respect to Home Organizers Inc. Dkt. No. 15. Vernon also filed an amended complaint, this time against Closets by Design, Inc. and CBD Franchising, Inc. Dkt. No. 16.

MINUTE ORDER - 1

As a general rule, "an amended complaint supercedes the original complaint and renders it without legal effect." *Lacey v. Maricopa Cnty.*, 693 F.3d 896, 927 (9th Cir. 2012). "'Courts often apply this rule to motions to dismiss a complaint that has since been superseded and deny such motions as moot.'" *Dahlstrom v. Life Care Centers of Am., Inc.*, No. 2:21-CV-01465-JHC, 2022 WL 7631419, at *1 (W.D. Wash. Oct. 13, 2022) (quoting *Bisson v. Bank of Am., N.A.*, No. C12-0995JLR, 2012 WL 5866309, at *1 (W.D. Wash. Nov. 16, 2012)). Accordingly, Vernon's amended complaint, Dkt. No. 16, is the operative pleading in this case and Closets by Design, Inc. and Home Organizers Inc.'s motion to dismiss, Dkt. No. 8, is moot.

Thus, the Court STRIKES Closets by Design, Inc. and Home Organizers Inc.'s, motion to dismiss, Dkt. No. 8. Instead, the Court will consider Closets by Design and Defendant CBD Franchising, Inc.'s motion to dismiss Vernon's amended complaint. Dkt. No. 27.

Dated this 22nd day of November 2023.

Ravi Subramanian
Clerk
*/s/ Kathleen Albert*
Deputy Clerk

MINUTE ORDER - 2