THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| CORLIS VERNON, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>CLOSETS BY DESIGN, INC. and CBD FRANCHISING, INC.,<br><br>*Defendants*. | Case No. 2:23-cv-01180-JNW<br><br>**STIPULATED MOTION FOR EXTENSION OF TIME**<br><br>NOTE FOR MOTION CALENDAR: December 13, 2023 |

**STIPULATED MOTION**

Pursuant to LCR 7(d)(1) and LCR (10)(g), Plaintiff Corlis Vernon ("Plaintiff") and Defendants Closets by Design, Inc. and CBD Franchising, Inc. ("Defendants"), hereby submit this stipulated motion to extend the deadline for Plaintiff to respond to Defendants' Motion to Dismiss (Dkt. 27) and for Defendants to reply in support of their motion. In support of this motion, the parties state as follows:

1. Plaintiff filed her First Amended Complaint in this Court on October 13, 2023.

2. Defendants filed their Motion to Dismiss for Lack of Personal Jurisdiction on November 15, 2023.

3. According to the Court's Order Granting the parties' Stipulated Motion for Extension of

STIPULATED MOTION TO EXTEND TIME
Case No. 2:23-cv-01180-JNW

1

Dovel & Luner, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
(310) 656-7066

1. Time (Dkt. 32), Plaintiff's current deadline to respond to Defendants' Motion to Dismiss is December 18, 2023, and Defendants' deadline to reply in support of its motion is January 5, 2023.

4. The parties have stipulated and agreed to extend Plaintiff's and Defendants' deadlines to December 22, 2023, and January 10, 2024, respectively.

5. The parties' request the extensions due to the intervening December holidays, as well as pre-existing deadlines in counsel's other cases. The requested extensions are for good cause and are not meant to improperly delay this proceeding.

6. This is the parties' second request for an extension of time regarding Defendants' Motion to Dismiss the First Amended Complaint.

7. This change in deadlines will not alter the date of any event or any deadline already fixed by Court order, local rules, or the Federal Rules of Civil Procedure.

WHEREFORE, the parties hereby agree and move the Court to grant Plaintiff an extension of time to file and serve her response to the Defendants' Motion to Dismiss to December 22, 2023, and for Defendants to file and serve their reply on January 10, 2024.

Dated: December 13, 2023           Respectfully submitted,

By: *s/ Simon Franzini*
Simon C. Franzini (Cal. Bar No. 287631)*
simon@dovel.com
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Telephone: (310) 656-7066
Facsimile: (310) 656-7069

Wright A. Noel, WSBA No. 25264
Carson & Noel, PLLC
20 Sixth Ave. NE
Issaquah WA 98027 Tel: 425-395-7786
Fax: 425-837-5396
Email: wright@carsonnoel.com

*Counsel for Plaintiff*

STIPULATED MOTION TO EXTEND TIME
Case No. 2:23-cv-01180-JNW

2

Dovel & Luner, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
(310) 656-7066

By: *s/ Christopher S. Reeder*
**REEDER MCCREARY, LLP**
Duncan McCreary *
Christopher S. Reeder *
11766 Wilshire Blvd., Suite 1470
Los Angeles, CA 90025
Telephone: 310-861-2470
duncan@reedermccreary.com
chris@reedermccreary.com

Zachary E. Davison, WSBA No. 47873
Byron C. Starkey, WSBA No. 55545
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000
ZDavison@perkinscoie.com
ByronStarkey@perkinscoie.com

*Counsel for Defendants*

*Admitted Pro Hac Vice*

## ORDER

As described by the above Stipulated Motion, IT IS SO ORDERED.

Plaintiff shall file and serve her response to Defendants' Motion to Dismiss no later than December 22, 2023, and Defendants shall file and serve their reply no later than January 10, 2024.

Dated on this 15th day of December, 2023.

Jamal N. Whitehead
United States District Judge

STIPULATED MOTION TO EXTEND TIME
Case No. 2:23-cv-01180-JNW

3

Dovel & Luner, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
(310) 656-7066

Presented by:

*s/ Simon Franzini*
Simon C. Franzini (Cal. Bar No. 287631)*
simon@dovel.com
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Telephone: (310) 656-7066
Facsimile: (310) 656-7069

Wright A. Noel, WSBA No. 25264
Carson & Noel, PLLC
20 Sixth Ave. NE
Issaquah WA 98027 Tel: 425-395-7786
Fax: 425-837-5396
Email: wright@carsonnoel.com

*Counsel for Plaintiff*

*Admitted *Pro Hac Vice*

STIPULATED MOTION TO EXTEND TIME
Case No. 2:23-cv-01180-JNW

4

Dovel & Luner, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
(310) 656-7066