THE HONORABLE JAMAL N. WHITEHEAD

1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

10

| | |
|---|---|
| CORLIS VERNON, individually and on behalf of all others similarly situated, | Case No. 2:23-cv-1180 |
| *Plaintiff*, | **STIPULATED MOTION FOR EXTENSION OF TIME** |
| v. | NOTE FOR MOTION CALENDAR: December 13, 2023 |
| CLOSETS BY DESIGN, INC. and CBD FRANCHISING, INC., | |
| *Defendants*. | |

11
12
13
14
15
16
17

18

**STIPULATED MOTION**

19   Pursuant to LCR 7(d)(1) and LCR (10)(g), Plaintiff Corlis Vernon ("Plaintiff") and Defendants

20   Closets by Design, Inc. and CBD Franchising, Inc. ("Defendants"), hereby submit this stipulated

21   motion to extend the deadline for Defendants to file a Reply Brief in support of their Motion to Dismiss

22   (Dkt. 27). In support of this motion, the parties state as follows:

23       1.      Plaintiff filed her First Amended Complaint in this Court on October 13, 2023.

24       2.      Defendants filed their Motion to Dismiss for Lack of Personal Jurisdiction on

25   November 15, 2023.

26       3.      According to the Court's Orders Granting the parties' previous Stipulated Motions for

27   Extension of Time (Dkt. 32 and Dkt. 35), the Defendants' deadline to file the Reply Brief is January 10,

1  2024.

2       5.     Defendants request the extension of time because defense counsel has contracted Covid

3  and been unable to work for the past three (3) weeks.  The requested extensions are for good cause and

4  are not meant to improperly delay this proceeding.

5       6.     This is the parties' third request for an extension of time regarding Defendants' Motion

6  to Dismiss the First Amended Complaint.

7       7.     This change in deadlines will not alter the date of any event or any deadline already fixed

8  by Court order, local rules, or the Federal Rules of Civil Procedure.

9       WHEREFORE, the parties hereby agree and move the Court to grant Defendant an extension

10  of time to file and serve their reply to the Defendants' Motion to Dismiss on January 17, 2024.

11

12  Dated: January 10, 2023.               Respectfully submitted,

13                                  By: *s/ Simon Franzini*

14                                  Simon C. Franzini (Cal. Bar No. 287631)*

15                                  simon@dovel.com

                                DOVEL & LUNER, LLP

16                                  201 Santa Monica Blvd., Suite 600

                                Santa Monica, California 90401

17                                  Telephone: (310) 656-7066

                                Facsimile: (310) 656-7069

18

19                                  Wright A. Noel, WSBA No. 25264

                                Carson & Noel, PLLC

20                                  20 Sixth Ave. NE

                                Issaquah WA 98027Tel: 425-395-7786

21                                  Fax: 425-837-5396

                                Email: wright@carsonnoel.com

22

                                *Counsel for Plaintiff*

23

24

25

26

27

By: *s/ Duncan McCreary*

**REEDER MCCREARY, LLP**
Duncan McCreary *
Christopher S. Reeder *
11766 Wilshire Blvd., Suite 1470
Los Angeles, CA 90025
Telephone: 310-861-2470
duncan@reedermccreary.com
chris@reedermccreary.com

Zachary E. Davison, WSBA No. 47873
Byron C. Starkey, WSBA No. 55545
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000
ZDavison@perkinscoie.com
ByronStarkey@perkinscoie.com

*Counsel for Defendants*

*Admitted Pro Hac Vice

### ORDER

As described by the above Stipulated Motion, IT IS SO ORDERED.

Defendants shall file and serve their Reply Brief in support of the Motion to Dismiss (Dkt. 27) no later than January 17, 2024.

Dated on this 12th day of January, 2024.

Jamal N. Whitehead
United States District Judge

By: s/ Duncan McCreary
REEDER MCCREARY, LLP
Duncan McCreary *
Christopher S. Reeder *
11766 Wilshire Blvd., Suite 1470
Los Angeles, CA 90025
Telephone: 310-861-2470
duncan@reedermccreary.com
chris@reedermccreary.com


Zachary E. Davison, WSBA No. 47873
Byron C. Starkey, WSBA No. 55545
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000
ZDavison@perkinscoie.com
ByronStarkey@perkinscoie.com

Counsel for Defendants


*Admitted *Pro Hac Vice*