THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| CORLIS VERNON, individually and on behalf of all others similarly situated,<br><br>_Plaintiff,_<br><br>v.<br><br>CLOSETS BY DESIGN, INC. and CBD FRANCHISING, INC.,<br><br>_Defendants._ | Case No. 2:23-cv-01180-JNW<br><br>**STIPULATED MOTION FOR EXTENSION OF TIME**<br><br>NOTE FOR MOTION CALENDAR: May 29, 2024 |

## STIPULATED MOTION

Pursuant to LCR 7(d)(1) and LCR (10)(g), Plaintiff Corlis Vernon ("Plaintiff") and Defendants Closets by Design, Inc. and CBD Franchising, Inc. ("Defendants"), hereby submit this stipulated motion to extend the deadlines set forth in the Court's October 31, 2023, Minute Order (Dkt. 22). In support of this motion, the Parties state as follows:

1. Plaintiff filed her First Amended Complaint in this Court on October 13, 2023.

2. Defendants filed their Motion to Dismiss for Lack of Personal Jurisdiction on November 15, 2023.

3. Defendants' Motion is fully briefed and is pending before the Court.

STIPULATED MOTION TO EXTEND TIME
Case No. 2:23-cv-01180-JNW

1

Dovel & Luner, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
(310) 656-7066

4. On October 31, 2023, the Court issued a Minute Order setting forth the following deadlines regarding class certification:

| Event | Date |
| --- | --- |
| Affirmative class certification expert disclosures | June 7, 2024 |
| Rebuttal class certification expert disclosures | June 21, 2024 |
| Completion of depositions of class certification experts | July 19, 2024 |
| Deadline to file Motion for class certification | August 16, 2024 |
| Deadline to file Opposition to motion for class certification | September 16, 2024 |
| Deadline to file Reply to motion for class certification | October 16, 2024 |
| Hearing on class certification | To be announced |

5. Since the Court issued this Order, the Parties have engaged in settlement discussions and have concluded that private mediation will be productive for the early resolution of the case. Accordingly, the Parties have scheduled a mediation before Mr. Bruce Friedman of JAMS on June 19, 2024, the earliest available date that worked for both Parties.

6. In light of Defendant's pending Motion to Dismiss and the Parties' upcoming mediation, and in an effort to conserve the Parties' and the Court's resources, the Parties hereby stipulate and agree, subject to the Court's approval, to stay the above deadlines until after the mediation is complete.

7. The Parties agree, subject to the Court's approval, that they will update the Court on the outcome of the mediation within 14 days of its completion, and, if the mediation is unsuccessful, provide new proposed dates for the class certification deadlines.

8. This is the Parties' first request for an extension of time regarding the class certification briefing schedule, and this stipulation is made in good faith and not for the purpose of causing unwarranted delay.

WHEREFORE, the Parties hereby agree that good cause exists and move the Court to stay the class certification deadlines pending the Parties' mediation and the order on Defendants' Motion to Dismiss.

Dated: May 29, 2024

Respectfully submitted,

By: *s/ Simon Franzini*
Simon C. Franzini (Cal. Bar No. 287631)*
simon@dovel.com
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Telephone: (310) 656-7066
Facsimile: (310) 656-7069

Wright A. Noel, WSBA No. 25264
Carson & Noel, PLLC
20 Sixth Ave. NE
Issaquah WA 98027Tel: 425-395-7786
Fax: 425-837-5396
Email: wright@carsonnoel.com

*Counsel for Plaintiff*


By: *s/ Christopher S. Reeder*
**REEDER MCCREARY, LLP**
Duncan McCreary *
Christopher S. Reeder *
11766 Wilshire Blvd., Suite 1470
Los Angeles, CA 90025
Telephone: 310-861-2470
duncan@reedermccreary.com
chris@reedermccreary.com

Zachary E. Davison, WSBA No. 47873
Byron C. Starkey, WSBA No. 55545
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000
ZDavison@perkinscoie.com
ByronStarkey@perkinscoie.com

*Counsel for Defendants*

*Admitted *Pro Hac Vice*

STIPULATED MOTION TO EXTEND TIME
Case No. 2:23-cv-01180-JNW

3

Dovel & Luner, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
(310) 656-7066

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

**ORDER**

As described by the above Stipulated Motion, IT IS SO ORDERED.

The Parties' class certification deadlines are hereby stayed pending the Parties' June 19, 2024, mediation.  Within 14 days of the mediation, the Parties shall update the Court on the outcome of the mediation and, if the mediation is unsuccessful, provide new dates for the class certification schedule.

Dated on this 30th day of May, 2024.

Jamal N. Whitehead
United States District Judge

Presented by:
*s/ Simon Franzini*
Simon C. Franzini (Cal. Bar No. 287631)*
simon@dovel.com
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Telephone: (310) 656-7066
Facsimile: (310) 656-7069

Wright A. Noel, WSBA No. 25264
Carson & Noel, PLLC
20 Sixth Ave. NE
Issaquah WA 98027Tel: 425-395-7786
Fax: 425-837-5396
Email: wright@carsonnoel.com

*Counsel for Plaintiff*

*Admitted Pro Hac Vice*

STIPULATED MOTION TO EXTEND TIME
Case No. 2:23-cv-01180-JNW

4

Dovel & Luner, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
(310) 656-7066