UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CORLIS VERNON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CLOSETS BY DESIGN INC. and CBD FRANCHISING INC.,<br><br>Defendants. | CASE NO. 2:23-cv-1180<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Jamal N. Whitehead, United States District Judge:

Having reviewed the parties' Joint Status Report, Dkt. No. 43, the Court sets the following deadlines:

| EVENT | DATE |
|---|---|
| Affirmative class certification expert disclosures | 120 days after a decision on the pending motion to dismiss |
| Rebuttal class certification expert disclosures | 14 days after affirmative class |

MINUTE ORDER - 1

| EVENT | DATE |
|---|---|
| | certification expert disclosures |
| Completion of depositions of class certification experts | 28 days after rebuttal class certification expert disclosures |
| Deadline to file Motion for class certification | 28 days after deadline to complete depositions of class certification experts |
| Deadline to file Opposition to motion for class certification | 28 days after motion for class certification |
| Deadline to file Reply to motion for class certification | 28 days after reply to motion for class certification |
| Hearing on class certification | To be announced |

The Local Civil Rules set all other deadlines. Except as provided for in Judge Whitehead's Chambers Procedures, the dates listed in this order and set by the Local Civil Rules are firm and cannot be changed by agreement between the parties. If any of the dates identified in this Order or the Local Civil Rules fall on a weekend or federal holiday, the act or event must be performed on the next business day.

## PROCEDURAL MATTERS

All counsel and pro se parties must be familiar with and follow the District's Local Rules, Electronic Filing Procedures for Civil and Criminal Cases, and General

MINUTE ORDER - 2

Orders, which can be found on the Court's website at https://www.wawd.uscourts.gov/. All counsel and pro se parties must also follow Judge Whitehead's Chambers Procedures, which are available at https://www.wawd.uscourts.gov/judges/whitehead-procedures.

**SETTLEMENT**

If this case settles, the parties must notify Mr. Cogswell as soon as possible at grant_cogswell@wawd.uscourts.gov. An attorney who fails to give prompt notice of settlement may be subject to sanctions or discipline under LCR 11(b).

Dated this 17 day of July 2024.

<u>Ravi Subramanian</u>
Clerk

<u>/s/ Kathleen Albert</u>
Deputy Clerk

MINUTE ORDER - 3