THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| CORLIS VERNON, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>CLOSETS BY DESIGN, INC. and CBD FRANCHISING, INC.,<br><br>*Defendants*. | Case No. 2:23-cv-01180-JNW<br><br>**STIPULATED MOTION TO EXTEND CLASS CERTIFICATION BRIEFING SCHEDULE**<br><br>NOTE FOR MOTION CALENDAR:<br>January 22, 2025 |

**STIPULATED MOTION**

Pursuant to LCR 7(d)(1) and LCR (10)(g), Plaintiff Corlis Vernon ("Plaintiff") and Defendants Closets by Design, Inc. and CBD Franchising, Inc. ("Defendants"), hereby submit this stipulated motion to extend the class certification briefing schedule set forth in the Court's July 17, 2024, Minute Order (Dkt. 44). In support of this motion, the Parties state as follows:

WHEREAS, on November 15, 2023, Defendants filed their Motion to Dismiss for Lack of Personal Jurisdiction (Dkt. 27).

WHEREAS, on July 17, 2024, the Court issued a Minute Order setting forth the following deadlines regarding class certification (Dkt. 44):

| Event | Date |
|---|---|
| Affirmative class certification expert disclosures | 120 days after the Court's decision on the pending motion to dismiss |

STIPULATED MOTION TO EXTEND
BRIEFING SCHEDULE
Case No. 2:23-cv-01180-JNW

1

Dovel & Luner, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
(310) 656-7066

| | |
|---|---|
| Rebuttal class certification expert disclosures | 14 days after affirmative class certification expert disclosures |
| Completion of depositions of class certification experts | 28 days after rebuttal class certification expert disclosures |
| Deadline to file Motion for class certification | 28 days after the deadline to complete depositions of class certification experts |
| Deadline to file Opposition to motion for class certification | 28 days after motion for class certification |
| Deadline to file Reply to motion for class certification | 28 days after reply to motion for class certification |

WHEREAS, on September 30, 2024, the Court issued its Order denying Defendant's Motion to Dismiss (Dkt. 45). Pursuant to the Court's July 17, 2024, Minute Order (Dkt. 44), the current deadlines for class certification are as follows:

| Event | Date |
|---|---|
| Affirmative class certification expert disclosures | January 28, 2025 |
| Rebuttal class certification expert disclosures | February 11, 2025 |
| Completion of depositions of class certification experts | March 11, 2025 |
| Deadline to file Motion for class certification | April 8, 2025 |
| Deadline to file Opposition to motion for class certification | May 6, 2025 |
| Deadline to file Reply to motion for class certification | June 3, 2025 |

WHEREAS, the Parties have conferred and agree that, due to personal and professional obligations, the Parties need additional time to fully consider and brief all relevant class certification

STIPULATED MOTION TO EXTEND
BRIEFING SCHEDULE
Case No. 2:23-cv-01180-JNW

2

Dovel & Luner, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
(310) 656-7066

issues. Thus, the Parties respectfully propose that the deadlines for expert disclosures, class certification briefing, and completion of depositions of class certification experts be modified as follows:

1. Affirmative class certification expert disclosures and reports shall be due no later than April 8, 2025;
2. Rebuttal class certification expert disclosures and reports shall be due no later than May 6, 2025;
3. Completion of depositions of Plaintiff's class certification experts shall be done by May 6, 2025;
4. Completion of depositions of Defendant's class certification experts shall be done June 3, 2025;
5. Plaintiff shall file a motion for class certification no later than June 10, 2025;
6. Defendants shall file an opposition to Plaintiff's class certification motion no later than July 22, 2025; and
7. Plaintiff shall file a reply to Defendant's opposition to Plaintiff's class certification motion no later than August 26, 2025.

WHEREFORE, IT IS HEREBY STIPULATED AND AGREED TO BY THE PARTIES that the schedule regarding class certification be modified as follows:

| Event | Date |
| --- | --- |
| Affirmative class certification expert disclosures | April 8, 2025 |
| Deadline to file Motion for class certification | June 10, 2025 |
| Rebuttal class certification expert disclosures | May 6, 2025 |
| Completion of depositions of Plaintiff's class certification experts | May 6, 2025 |
| Deadline to file Opposition to motion for class certification | July 22, 2025 |
| Completion of depositions of Defendant's class | June 3, 2025 |

STIPULATED MOTION TO EXTEND
BRIEFING SCHEDULE
Case No. 2:23-cv-01180-JNW

3

Dovel & Luner, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
(310) 656-7066

| | |
|---|---|
| certification experts | |
| Deadline to file Reply to motion for class certification | August 26, 2025 |

Dated: January 22, 2025

Respectfully submitted,

By: *s/ Simon Franzini*
Simon C. Franzini (Cal. Bar No. 287631)*
simon@dovel.com
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Telephone: (310) 656-7066
Facsimile: (310) 656-7069

Wright A. Noel, WSBA No. 25264
Carson & Noel, PLLC
20 Sixth Ave. NE
Issaquah WA 98027 Tel: 425-395-7786
Fax: 425-837-5396
Email: wright@carsonnoel.com

*Counsel for Plaintiff*

By: */s/ Duncan McCreary*
**REEDER MCCREARY, LLP**
Duncan McCreary *
Christopher S. Reeder *
11766 Wilshire Blvd., Suite 1470
Los Angeles, CA 90025
Telephone: 310-861-2470
duncan@reedermccreary.com
chris@reedermccreary.com

Zachary E. Davison, WSBA No. 47873
Byron C. Starkey, WSBA No. 55545
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000

STIPULATED MOTION TO EXTEND
BRIEFING SCHEDULE
Case No. 2:23-cv-01180-JNW

4

Dovel & Luner, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
(310) 656-7066

ZDavison@perkinscoie.com
ByronStarkey@perkinscoie.com

*Counsel for Defendants*

*Admitted Pro Hac Vice

## ORDER

As described by the above Stipulated Motion, IT IS SO ORDERED.

1. Affirmative class certification expert disclosures and reports shall be due no later than April 8, 2025;

2. Rebuttal class certification expert disclosures and reports shall be due no later than May 6, 2025;

3. Completion of depositions of Plaintiff's class certification experts shall be done by May 6, 2025;

4. Completion of depositions of Defendant's class certification experts shall be done by June 3, 2025;

5. Plaintiff shall file a motion for class certification no later than June 10, 2025;

6. Defendants shall file an opposition to Plaintiff's class certification motion no later than July 22, 2025; and

7. Plaintiff shall file a reply to Defendant's opposition to Plaintiff's class certification motion no later than August 26, 2025.

This will be the last extension granted by the Court absent extraordinary circumstances.

Dated on this 29th day of January, 2025.

Jamal N. Whitehead
United States District Judge

STIPULATED MOTION TO EXTEND
BRIEFING SCHEDULE
Case No. 2:23-cv-01180-JNW

5

Dovel & Luner, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
(310) 656-7066

## Certificate of Compliance

I, Simon Franzini, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

By: /s/ *Simon Franzini*
Simon C. Franzini

STIPULATED MOTION TO EXTEND
BRIEFING SCHEDULE
Case No. 2:23-cv-01180-JNW

6

Dovel & Luner, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
(310) 656-7066