THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CORLIS VERNON, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>CLOSETS BY DESIGN, INC. and CBD FRANCHISING, INC.,<br><br>*Defendants*. | Case No. 2:23-cv-01180-JNW<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

STIPULATION OF DISMISSAL WITH PREJUDICE
Case No. 2:23-cv-01180-JNW

Dovel & Luner, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
(310) 656-7066

TO THE COURT AND ALL PARTIES AND COUNSEL OF RECORD:

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the above-captioned Parties hereby stipulate and agree to dismiss Plaintiff Corlis Vernon's claims against Defendants Closets by Design, Inc. and CBD Franchising, Inc., with prejudice. Each party shall bear its own costs and attorneys' fees (except as otherwise agreed by the Parties).

Dated: June 10, 2025

Respectfully submitted,

DOVEL & LUNER, LLP

By: /s/ Simon C. Franzini
Simon C. Franzini (Cal. Bar No. 287631)*
simon@dovel.com
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Telephone: (310) 656-7066
Facsimile: (310) 656-7069

Carson & Noel, PLLC
Wright A. Noel, WSBA No. 25264
20 Sixth Ave. NE
Issaquah WA 98027 Tel: 425-395-7786
Fax: 425-837-5396
Email: wright@carsonnoel.com

*Counsel for Plaintiff*

*Admitted *Pro Hac Vice*

By: /s/ Christopher S. Reeder
Zachary E. Davison, WSBA No. 47873
Byron C. Starkey, WSBA No. 55545
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000
ZDavison@perkinscoie.com
ByronStarkey@perkinscoie.com

REEDER MCCREARY, LLP
Christopher S. Reeder*
Duncan McCreary*

STIPULATION OF DISMISSAL WITH PREJUDICE
Case No. 2:23-cv-01180-JNW

1

Dovel & Luner, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
(310) 656-7066

11766 Wilshire Blvd., Suite 1470
Los Angeles, CA 90025
Telephone: 310-861-2470
chris@reedermccreary.com
duncan@reedermccreary.com

*Counsel for Defendants Closets by Design, Inc. and CBD Franchising, Inc.*

*Admitted Pro Hac Vice

STIPULATION OF DISMISSAL WITH PREJUDICE
Case No. 2:23-cv-01180-JNW

2

Dovel & Luner, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
(310) 656-7066

1 **Attestation of Signatories**

2  I, Simon Franzini, attest that all other signatories listed, and on whose behalf the filing is

3 submitted, concur in the filing's content and have authorized the filing.

4  By: *s/ Simon C. Franzini*
5  Simon C. Franzini

STIPULATION OF DISMISSAL WITH PREJUDICE
Case No. 2:23-cv-01180-JNW

3

Dovel & Luner, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
(310) 656-7066